UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO.: 2:96-CR-85-JTM-JEM |
| | ) | |
| JOHN E. LOCK, | ) | |
|     Defendant. | ) | |

**FINDINGS AND RECOMMENDATIONS**
**OF THE MAGISTRATE JUDGE**
**UPON A SUPERVISED RELEASE REVOCATION HEARING**

TO:    THE HONORABLE JAMES T. MOODY,
        UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF INDIANA

On July 17, 2025, the United States Government appeared by counsel Assistant United States Attorney Phillip Benson, and Defendant John E. Lock appeared in person and by counsel Matthew Soliday. A United States Probation Officer also appeared. The Supervised Release Revocation Hearing was held. The Court received evidence and comments.

Based upon the record of proceedings the Court makes this Report and Recommendation.

On February 26, 1998, Defendant Lock pled guilty to Counts 2 and 3 charged in the Indictment (transportation of a minor and sexual exploitation of children) and Judge James T. Moody sentenced him to a term of 360 months imprisonment followed by three years of supervised release subject to specified terms and conditions.

On August 17, 2023, the Government filed a petition alleging that Defendant violated the terms and conditions of supervised release [DE 240], and an arrest warrant was issued. On December 19, 2024, an Initial Appearance was held.

1

On June 23, 2025, Judge James Moody issued an Order referring this case to the undersigned Magistrate Judge to conduct the Supervised Release Revocation Hearing, to recommend modification, revocation, or termination of the supervised release in this case, and to submit proposed findings and recommendations pursuant to 18 U.S.C. § 3401(i), 28 U.S.C. § 636(b)(1)(B), and Northern District of Indiana Local Rule 72-1.

As a result of the July 17, 2025, Supervised Release Revocation Hearing, the undersigned Magistrate Judge **FINDS** that:

1. Defendant Lock has been advised of his right to remain silent, his right to counsel, his right to be advised of the charges against him, his right to a contested Supervised Release Revocation Hearing, and his rights in connection with such a hearing;

2. Defendant Lock understands the proceedings, allegations and his rights;

3. Defendant Lock knowingly and voluntarily admitted that he committed the criminal offenses of failing to register as required, leaving the district without the permission of his probation officer, moving without the knowledge or permissions of his parole officer, spending time alone with minors, and failing to attend group sex offender counseling as ordered [DE 241]; and

4. The violations are Grade B and Grade C violations, Defendant's criminal history category was 1 at the time of the original offense, and the suggested penalty range for a grade C violation is 3-9 months incarceration, and for a grade B violation is 4-10 months incarceration, with a statutory maximum of 24 months, and a statutory maximum of 60 months supervised release.

The undersigned Magistrate Judge **RECOMMENDS** to Judge James Moody that:

1. Defendant Lock be adjudged to have committed a violation of his supervised release described in the August 17, 2023, Petition [DE 240];

2. The Agreed Disposition of Supervised Release Violation [DE 251] be accepted; and

3. Defendant Lock be sentenced to a term of eighteen months incarceration, with credit for time served, and with a further term of supervised release of forty-two months to follow.

The parties agreed to waive any objections to these Findings and Recommendation.

SO ORDERED this 17th day of July, 2025.

s/ John E. Martin  
MAGISTRATE JUDGE JOHN E. MARTIN  
UNITED STATES DISTRICT COURT

cc: All counsel of record  
    District Judge James Moody