UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:96 CR 85 |
| | ) | |
| JOHN LOCK | ) | |

### O R D E R

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which objections have been waived, the Magistrate Judge's findings and recommendations are now **ADOPTED**. (DE # 256.) Defendant is **ADJUDGED** to have committed a violation of supervised release as described in the August 16, 2023, Petition. (DE # 241.) Defendant is sentenced to an 18-month term of incarceration, with the court recommending that defendant receive credit for time served, and 42 months of supervised release to follow.

SO ORDERED.

Date: July 23, 2025

s/James T. Moody
JUDGE JAMES T. MOODY
UNITED STATES DISTRICT COURT